## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

|  |  |  |
|---|---|---|
| | : | |
| **JAMES MICHAEL WILLIAMS,** | : | |
| | : | |
| **Plaintiff.** | : | |
| | : | |
| **VS.** | : | |
| | : | |
| **Head of Medical Staff PAT** | : | **NO. 5:15-CV-221 (MTT)** |
| **JOHNSON and Director of Medical** | : | |
| **Staff DR. WALTER SMITH,** | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | **O R D E R** |

Plaintiff James Michael Williams, while confined at the Bibb County Law Enforcement Center, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1). The Court has twice directed Plaintiff, a three-striker under 28 U.S.C. § 1915(g), to supplement his complaint to state why he believes he is in "imminent danger of serious physical injury." (ECF Nos. 5, 6). The Court informed Plaintiff each time that his failure to do so would result in dismissal of this action. As of today's date, Plaintiff has failed to comply with the above instructions or otherwise respond to either of the Court's Orders. Accordingly, the instant action is hereby **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahasse Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b)

for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 14th day of August, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

2